IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAHEENA KHAN on her own behalf; as next friend for EKB, a minor child; on behalf of the CITY OF CHICAGO; and derivatively on behalf of LOCAL SCHOOL COUNCIL FOR ALDRIDGE ELEMENTARY SCHOOL, CHICAGO PRINCIPALS & ADMINISTRATORS ASSOCIATION on its own behalf and on behalf of SHAHEENA KHAN, TRUDY TAYLOR and similarly or substantially similarly situated member principals, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 16-cv-8668 |
| v. | ) ) | The Honorable Judge Manish S. Shah Magistrate Judge: Hon. Jeffrey T. Gilbert |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, SCHOLASTIC, INC., GERALD BEIMLER individually, KAREN SAFFOLD individually, FORREST CLAYPOOL individually, JANICE JACKSON individually, ELIZABETH KIRBY individually, THOMAS KRIEGER individually, FELICIA SANDERS individually, BRIAN ALI individually, RONALD MARMER individually, JAMES CIESIL, individually and MARGARET FITZPATRICK, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Scholastic, Inc. ("Defendant") by and through its attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves for an extension of time to answer or otherwise plead to the Third Amended Complaint filed by Plaintiffs, Shaheena Khan, on her own behalf; as next friend for EKB, a minor child; on behalf of the City of Chicago; and derivatively on behalf of Local School Council for Aldridge Elementary School, Chicago Principals &

Administrators Association, on its own behalf, and on behalf of its members Shaheena Khan, Trudy Taylor and other similarly or substantially similarly situated members (collectively "Plaintiffs") through and including February 20, 2017. In support hereof, Defendant states as follows:

1. Plaintiffs filed the Third Amended Complaint, naming Scholastic as a Defendant for the first time, on December 8, 2016. (ECF. No. 65).

2. Plaintiffs served Defendant with the Third Amended Complaint on December 15, 2016. Defendant's responsive pleading is presently due on January 5, 2017.

3. Defendant's counsel has just been retained in this matter and is in the process of investigating the allegations pled in Plaintiffs' Third Amended Complaint. As such, Defendant and its counsel require additional time to prepare and file an appropriate response to Plaintiffs' twenty-seven count Complaint.

4. Defendant's counsel, Norma Manjarrez, conferred with Plaintiffs' counsel, Eric Onyango via telephone on December 29, 2016, and Plaintiffs' counsel agreed to Defendant's requested extension of time.

5. This Motion has been filed in good faith and is not interposed for purposes of harassment or unnecessary delay. No party will be prejudiced by this Court's granting of this Motion.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests an extension of time through and including February 20, 2017 to answer or otherwise respond to the Third Amended Complaint.

Date: December 30, 2016                    Respectfully submitted,

                                           By:  /s/ Norma Manjarrez
                                                One of the Attorneys for Scholastic, Inc.

Taylor N. Rollinson #6293657
Norma Manjarrez #6309602
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
312.558.1220 – Telephone
312.807.3619 – Facsimile
*taylor.rollinson@ogletreedeakins.com*
*norma.manjarrez@ogletreedeakins.com*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 30, 2016, the foregoing *Agreed Motion for Extension of Time to Answer or Otherwise Plead* was filed electronically with the Clerk of the Court, and service of same will be made on the following via the Court's CM/ECF system:

*Attorney for Plaintiffs*

Eric Onyango
PRIME LEGAL, LLC
222 North Columbus Drive, Suite 1507
Chicago, Illinois 60601
*e@primelgl.com*

*Attorneys for Defendants Board of Education of the City of Chicago and Karen Saffold*

Kathleen Marie Gibbons
Sarah K. Quinn
BOARD OF EDUCATION OF THE CITY OF CHICAGO
One North Dearborn Street, Suite 900
Chicago, IL 60602
*kgibbons@cps.edu*
*skquinn1@cps.edu*

*Attorney for Chicago Principals & Administrators Association*

James G. Vanzant
BLAINE & VANZANT, LLP
921 Brown Avenue
Evanston, IL 60202
*jgv@blainevanzant.com*

*Attorneys for Defendant Margaret Fitzpatrick*

Eileen Marie Letts
Julia L. Barnhardt
Martin Peter Greene
ZUBER LAWLER & DEL DUCA LLP
55 West Monroe, Suite 600
Chicago, IL 60603
*eletts@zuberlaw.com*
*jlbarnhardt@greeneandletts.com*
*mgreene@zuberlaw.com*

/s/ Norma Manjarrez _____

999999-000009
28147628.1