IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAHEENA KHAN on her own behalf; as next friend for EKB, a minor child; on behalf of the CITY OF CHICAGO; and derivatively on behalf of LOCAL SCHOOL COUNCIL FOR ALDRIDGE ELEMENTARY SCHOOL, CHICAGO PRINCIPALS & ADMINISTRATORS ASSOCIATION on its own behalf and on behalf of SHAHEENA KHAN, TRUDY TAYLOR and similarly or substantially similarly situated member principals,<br><br>                  Plaintiffs,<br><br>    v.<br><br>BOARD OF EDUCATION OF THE CITY OF CHICAGO, SCHOLASTIC, INC., GERALD BEIMLER individually, KAREN SAFFOLD individually, FORREST CLAYPOOL individually, JANICE JACKSON individually, ELIZABETH KIRBY individually, THOMAS KRIEGER individually, FELICIA SANDERS individually, BRIAN ALI individually, RONALD MARMER individually, JAMES CIESIL, individually and MARGARET FITZPATRICK,<br><br>                  Defendants. | No. 16-cv-8668<br><br>The Honorable Judge Manish S. Shah<br>Magistrate Judge: Hon. Jeffrey T. Gilbert |

## **NOTICE OF MOTION**

TO:    See attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Thursday, January 5, 2017**, at the hour of **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in the courtroom usually occupied by him **(Room 1719)** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and

then and there present ***Defendant Scholastic, Inc.'s Agreed Motion For Extension Of Time To Answer Or Otherwise Plead***, a copy of which is being served upon you by ECF notification.

Date: December 30, 2016                                       Respectfully submitted,

                                                              By:    /s/ Norma Manjarrez
                                                                     One of the Attorneys for Scholastic, Inc.

Taylor N. Rollinson #6293657
Norma Manjarrez #6309602
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
312.558.1220 – Telephone
312.807.3619 – Facsimile
*taylor.rollinson@ogletreedeakins.com*
*norma.manjarrez@ogletreedeakins.com*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 30, 2016, the foregoing *Notice of Motion* was filed electronically with the Clerk of the Court, and service of same will be made on the following via the Court's CM/ECF system:

*Attorney for Plaintiffs*

Eric Onyango
PRIME LEGAL, LLC
222 North Columbus Drive, Suite 1507
Chicago, Illinois 60601
*e@primelgl.com*

*Attorneys for Defendants Board of Education of the City of Chicago and Karen Saffold*

Kathleen Marie Gibbons
Sarah K. Quinn
BOARD OF EDUCATION OF THE CITY OF CHICAGO
One North Dearborn Street, Suite 900
Chicago, IL 60602
*kgibbons@cps.edu*
*skquinn1@cps.edu*

*Attorney for Chicago Principals & Administrators Association*

James G. Vanzant
BLAINE & VANZANT, LLP
921 Brown Avenue
Evanston, IL 60202
*jgv@blainevanzant.com*

*Attorneys for Defendant Margaret Fitzpatrick*

Eileen Marie Letts
Julia L. Barnhardt
Martin Peter Greene
ZUBER LAWLER & DEL DUCA LLP
55 West Monroe, Suite 600
Chicago, IL 60603
*eletts@zuberlaw.com*
*jlbarnhardt@greeneandletts.com*
*mgreene@zuberlaw.com*

/s/ Norma Manjarrez

999999-000009
28197284.1