IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAHEENA KHAN *et al.*, | ) | |
| | ) | |
| | ) | Case No. 16-cv-8668 |
| Plaintiffs, | ) | |
| v. | ) | Judge Manish S. Shah |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, *et al.*, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT

Defendants BOARD OF EDUCATION OF THE CITY OF CHICAGO (the "Board"), Gerald Beimler, Karen Saffold, Forrest Claypool, Janice Jackson, Elizabeth Kirby, Thomas Krieger, Felicia Sanders, Brian Ali, Ronald Marmer, James Ciesil, and Scholastic, Inc. (collectively, "Defendants"), by and through their counsel, move this Honorable Court to strike Plaintiff's Third [sic] Amended Complaint (Dkt. #132). In support of their motion, the Defendants state as follows:

1. On December 8, 2016, Plaintiffs filed a 27-count Third Amended Complaint against 13 defendants. (Dkt. #65)

2. On January 19, 2017, Plaintiffs filed a Motion for Leave to File an Amended Complaint. (Dkt. #123). The proposed amended complaint was attached to Plaintiffs' Motion as Exhibit 1.

3. In their Motion, Plaintiffs claimed *inter alia* that the amended complaint sought to add a claim for "declaratory relief under ESEA with respect to § 5/34-8.3," and "additional material facts" and would drop Margaret Fitzpatrick as a defendant. (Dkt. #123, ¶¶ 12, 14, 16). Plaintiffs also argued that Defendants would not be prejudiced by the amended complaint.

4. On January 23, 2017, the Court granted Plaintiffs' motion reasoning in part that "the proposed amended complaint drops a defendant, and in that sense, simplifies the proceedings." (Dkt. #127).

5. On January 23, 2017, the court further ordered the Plaintiffs to file their amended complaint as a separate entry on the docket.

6. Plaintiffs did not file an amended complaint until February 1, 2017.

7. On February 1, 2017, Plaintiffs filed their "Third"[1] Amended Complaint. (Dkt. #132). Upon review, Defendants realized that it was a completely different complaint than the version this Court granted leave to file.

8. This new complaint adds 5 new defendants, 48 new paragraphs of allegations, and 4 new counts against the various named defendants. (Dkt. #132). One of the new defendants is even being sued by itself – Local School Council for Aldridge Elementary School – as it is named as both a Plaintiff and Defendant. (*Id.*)

9. Plaintiffs filed this complaint without leave of court pursuant to Fed. R. Civ. P. 15. As such, Defendants move to strike Plaintiffs' "Third" Amended Complaint, Docket #132.

10. In addition, Defendants request that the Court strike and reset the deadline for Defendants' responsive pleading. At this point it is unclear as to what the operative complaint is; if Plaintiffs are given leave to file a complaint that includes numerous new parties and allegations, Defendants will need additional time to evaluate their defenses.

11. Lastly, Defendants request that Plaintiffs be required to pay Defendants' attorneys' fees and costs associated with bringing this motion. Clearly, Plaintiffs' act of filing a completely different complaint than the version they were given leave to file was

---

[1] Plaintiffs label their filing as their Third Amended Complaint, when in fact it would be their Fourth. See Dkt. #'s 1, 6, 31, and 65.

intentional and a blatant disregard to this Court's order and the Federal Rules of Civil Procedure. In addition, Plaintiffs' acts intentionally continue to delay these proceedings.

WHEREFORE, Defendants respectfully request that this Court enter an Order: (1) striking Plaintiffs' "Third" Amended Complaint (Dkt. #132) or, in the alternative, striking and re-setting the Defendants' deadline to file a responsive pleading; (2) requiring Plaintiffs to pay Defendants' attorneys' fees and costs associated with bringing this Motion, which will be provided in a separate petition; and (3) awarding any further relief or imposing any other sanction that this Court deems just and proper.

Dated: February 6, 2017    Respectfully submitted,

RONALD L. MARMER
BOARD OF EDUCATION OF CITY OF CHICAGO et al

By:    s/ *Kathleen M. Gibbons*
Kathleen M. Gibbons
Senior Assistant General Counsel
Board of Education of the City of Chicago
1 North Dearborn St, Suite 900
Chicago, Illinois 60602
(773) 553-1700

By:    s/ *Sarah K. Quinn*
Sarah K. Quinn
Assistant General Counsel
Board of Education of the City of Chicago
1 North Dearborn St, Suite 900
Chicago, Illinois 60602
(773) 553-1700

By:    s/ *Norma Manjarrez*
Norma Manjarrez
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 358-1220

## CERTIFICATE OF SERVICE

  I, Sarah K. Quinn, an attorney do hereby certify that I caused the attached **Defendants' Joint Motion to Strike Plaintiffs' Amended Complaint** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 6th day of February, 2017.

                s/ *Sarah K. Quinn*
                Sarah K. Quinn
                Assistant General Counsel
                Board of Education of the City of Chicago
                1 North Dearborn St, Suite 900
                Chicago, Illinois 60602
                (773) 553-1700