**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHAHEENA KHAN, *et al.,*                )
                                         )
                                         )          Case No. 16-cv-8668
                             Plaintiffs, )
v.                                       )          Judge Manish S. Shah
                                         )
BOARD OF EDUCATION OF THE                )          Magistrate Judge Jeffrey T. Gilbert
CITY OF CHICAGO, *et al.,*               )
                                         )
                            Defendants.  )

**DEFENDANTS' MOTION FOR COSTS AND FEES
UNDER 28 U.S.C. § 1927 AND THIS COURTS INHERENT AUTHORITY**

Defendants, Board of Education of the City of Chicago (the "Board"), Gerald

Beimler, Karen Saffold, Forrest Claypool, Janice Jackson, Elizabeth Kirby, Thomas Krieger,

Felicia Sanders, Brian Ali, Ronald Marmer, and James Ciesil (collectively, "Board

Defendants"), by and through their counsel, pursuant to 28 U.S.C. § 1927 and this Court's

inherent authority, move for an order requiring Attorneys, Eric C. Onyango and James G.

Vanzant (collectively, "Plaintiffs' Counsel"), to pay excess costs, attorneys' fees, and

expenses occasioned by their unreasonable and vexatious conduct.  As outlined in the

Memorandum in Support of Defendants' Motion for Costs and Fees under 28 U.S.C. § 1927

and This Court's Inherent Authority, Plaintiffs' Counsel have prolonged this litigation by

filing frivolous or baseless claims, proliferating unnecessary proceedings and delaying the

progress of this matter.  The multiple complaints filed by Plaintiffs' Counsel contain

materially false allegations and omissions designed to mislead the Court and ultimately delay

a discharge hearing that the Board is authorized by state statute and by contract to initiate.

Plaintiffs' Counsel has also pursued a reckless strategy of filing (1) numerous, baseless

motions for reconsideration in the district and appellate courts, which cite no new facts or

contrary authority; (2) serial motions for temporary restraining orders and preliminary injunctions, while admitting no material change in circumstances; and (3) numerous documents unlinked to any motion and without discernable context.

WHEREFORE, Defendants respectfully request that this Court enter an Order: (1) awarding the Board Defendants the fees and costs they incurred in defending Plaintiffs' Counsel's unreasonable and vexatious litigation and for bringing this motion; (2) granting the Board leave to file documentation of their attorneys' fees and costs incurred in defending this action and bringing this motion; and (3) awarding any further relief or imposing any other sanction that this Court deems just and proper.

Dated: February 8, 2017                    Respectfully submitted,


                                           RONALD L. MARMER, GENERAL COUNSEL
                                           BOARD OF EDUCATION OF CITY OF
                                           CHICAGO

                                   By:     s/ Kathleen M. Gibbons
                                           Kathleen M. Gibbons
                                           Senior Assistant General Counsel
                                           Board of Education of the City of Chicago
                                           1 North Dearborn St, Suite 900
                                           Chicago, Illinois 60602
                                           (773) 553-1700

                                   By:     s/ Sarah K. Quinn
                                           Sarah K. Quinn
                                           Assistant General Counsel
                                           Board of Education of the City of Chicago
                                           1 North Dearborn St, Suite 900
                                           Chicago, Illinois 60602
                                           (773) 553-1700

## CERTIFICATE OF SERVICE

I, Kathleen M. Gibbons, an attorney do hereby certify that I caused the attached **Defendants' Motion For Costs and Fees Under 28 U.S.C. § 1927 and This Court's Inherent Authority** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 8th day of February, 2017.

s/ *Kathleen M. Gibbons*
Kathleen M. Gibbons
Senior Assistant General Counsel
Board of Education of the City of Chicago
1 North Dearborn St, Suite 900
Chicago, Illinois 60602
(773) 553-1700
