# EXHIBIT 9

**AFFIDAVIT OF LATANYA OBASUYI**

I, Latanya Obasuyi, declare and state as follows:

1. I am more than twenty-one years old. I provide statements in this affidavit based on my personal knowledge, except where otherwise indicated. If called to testify under oath in court or any other legal proceeding, I will testify as to the matters asserted in this affidavit.

2. I live near Altgeld Gardens in the Southside of Chicago. I pay taxes to the State of Illinois and to the City of Chicago.

3. I take a great interest in public matters, including the progress of schools in the city of Chicago.

4. I am personally familiar with Shaheena Khan ("Shaheena"). I became to know of Shaheena when she served as Principal for Aldridge Elementary School ("Aldridge") in or about 2014. My two minor children, SS, and DS transferred to Aldridge around 2014. I became a member of the Aldridge Local School Council in 2016. Before transferring my children to Aldridge, I reviewed the school's progress.

5. Aldridge is in close proximity to Altgeld Gardens. Altgeld Gardens is isolated from the city of Chicago and nearly five miles from the closest police station—the area is riddled with frequent incidents of gang violence. Most of Aldridge's students live in Altgeld Gardens—98.8% of the students come from families receiving public aid who are eligible for free or reduced price lunches. An estimated 5.6% of the student population is homeless. Altgeld Gardens sits on an abandoned waste site and is surrounded by landfills. The poor air quality causes respiratory health issues for children in the neighborhood, resulting in frequent absences from school.

6. Based on my review of school records, during the 2013-2014 school year, Shaheena strived to meet state, district and school goals. During the 2013-2014 school year, Shaheena

1

effectively and sufficiently developed, implemented and substantially complied with the Aldridge school improvement plan.

7. At the end of the 2013-2014 school year, under Shaheena's leadership and prevailing circumstances, Aldridge showed satisfactory improvement of student performance on standardized tests, including, the Northwest Evaluation Association ("NWEA") Measure of Academic Progress Assessment.

8. At the end of the 2013-2014 school year, under Shaheena's leadership and prevailing circumstances, Aldridge showed satisfactory improvement in student attendance, truancy, drop-out and graduation rates.

9. During the 2013-2014 school year, under Shaheena's leadership and prevailing circumstances, Shaheena and Aldridge staff substantially complied with applicable laws, collective bargaining agreements, court orders, and Board rules and policies, and there were no significant disruptions to the school's educational process and learning environment.

10. During the 2013-2014 school year, under Shaheena's leadership and prevailing circumstances, Aldridge effectively and sufficiently complied with state and district directives and recommendations.

11. During the 2013-2014 school year, under Shaheena's leadership and prevailing circumstances, Aldridge sufficiently managed threats to the safety and well-being of the students and staff which could have been construed as being attributable to the school's internal operations and disruptive of the school's educational process and learning environment.

12. At the end of the 2013-2014 school year, I believed, based on my review of public records, that Shaheena did an excellent job as a first year Principal.

2

13. During the 2014-2015 school year, Shaheena effectively and sufficiently developed, implemented and substantially complied with the Aldridge school improvement plan. During the 2015-2016 school year, Shaheena effectively and sufficiently developed, implemented and substantially complied with the Aldridge school improvement plan.

14. At the end of the 2014-2015 school year, under Shaheena's leadership and prevailing circumstances, Aldridge showed satisfactory improvement of student performance on standardized tests, including, the Northwest Evaluation Association ("NWEA") Measure of Academic Progress Assessment.

15. At the end of the 2014-2015 school year, under Shaheena's leadership and prevailing circumstances, Aldridge showed satisfactory improvement in student attendance, truancy, drop-out and graduation rates. At the end of the 2015-2016 school year, under Shaheena's leadership and prevailing circumstances, Aldridge showed satisfactory improvement in student attendance, truancy, drop-out and graduation rates.

16. During the 2014-2015 school year, under Shaheena's leadership and prevailing circumstances, Shaheena and Aldridge staff substantially complied with applicable laws, collective bargaining agreements, court orders, and Board rules and policies, and there were no significant disruptions to the school's educational process and learning environment.

17. During the 2014-2015 school year, under Shaheena's leadership and prevailing circumstances, Aldridge effectively and sufficiently complied with state and district directives and recommendations.

18. During the 2014-2015 school year, under Shaheena's leadership and prevailing circumstances, Aldridge sufficiently managed threats to the safety and well-being of the students

3

and staff which could have been construed as being attributable to the school's internal operations and disruptive of the school's educational process and learning environment.

19. At the end of the 2014-2015 school year, I believe, based on my review of public records, that Shaheena did an excellent job as a second-year Principal.

20. At the end of the 2015-2016 school year, under Shaheena's leadership and prevailing circumstances, Aldridge showed satisfactory improvement of student performance on standardized tests, including, the Northwest Evaluation Association ("NWEA") Measure of Academic Progress Assessment.

21. During the 2015-2016 school year, under Shaheena's leadership and prevailing circumstances, Shaheena and Aldridge staff substantially complied with applicable laws, collective bargaining agreements, court orders, and Board rules and policies, and there were no significant disruptions to the school's educational process and learning environment.

22. During the 2015-2016 school year, under Shaheena's leadership and prevailing circumstances, Aldridge effectively and sufficiently complied with state and district directives and recommendations.

23. During the 2015-2016 school year, under Shaheena's leadership and prevailing circumstances, Aldridge sufficiently managed threats to the safety and well-being of the students and staff which could have been construed as being attributable to the school's internal operations and disruptive of the school's educational process and learning environment.

24. On July 21, 2016, the Aldridge Local School Council evaluated Shaheena's performance favorably and renewed her contract for another four-year term, from July 1, 2017 until June 30, 2017.

25. At the end of the 2015-2016 school year, I believe, based on my review of records and observation, that Shaheena did an excellent job as a third-year Principal.

26. Sometime around January 2017, I learned that Karen Saffold had removed Shaheena Khan as Principal for Aldridge without giving her an opportunity for a due process hearing. Shaheena has not had an opportunity to appeal Karen Saffold's decision.

27. I believe that Karen Saffold removed Shaheena as Principal for Aldridge without affording Shaheena her due process right to retaliate against her because Shaheena complained about Karen Saffold attempting to, and actually wasting Aldridge's resources – funds.

28. On or about January 9, 2016, I learned that the Board of Education of the City of Chicago is planning to have a hearing to decide whether to remove Shaheena and terminate her employment contracts in mid-February 2017. A notice has not been given to the public about the hearing. I believe that the decision of whether to remove Shaheena as the Principal for Aldridge is a matter of public concern.

29. I am interested in attending the removal hearing to speak out against the motives of the Board of Education of the City of Chicago in initiating the proceedings, to support Shaheena's work as Principal for Aldridge Elementary School, and to take a position that Aldridge made adequate progress during Shaheena's tenure as Principal. I intend to provide documents and other evidence to support my position, and to bring other witnesses as well. I believe that the meeting should be open to the public, as required by the Illinois Open Meetings Act.

30. I authorize Eric Onyango, an attorney who also represents Shaheena to represent my interests and the interests of my children, SS and DS in court in connection with these matters regarding any and all claims I may have against Chicago Board of Education, and to seek attorney's fees he charges and related expenses from Chicago Board of Education.

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that I verily believe the same to be true.

*Latanya Obasuyi*

Latanya Obasuyi