# EXHIBIT 16

**DECLARATION OF SHAHEENA KHAN**

I, Shaheena Khan, declare:

1. I am more than twenty-one years of age. I make this declaration based on my personal knowledge, except where otherwise indicated.

2. About eight or nine years ago, I was diagnosed with Fibromyalgia. Since then I have experienced constant pain all over my body, fatigue, disturbed sleep, stiffness and tender spots over my body. Around late November 2016, the symptoms became more severe. I manage the pain by taking medication, vitamins and physical therapy.

3. According to my physical therapist, this routine will continue for the foreseeable future.

4. In addition, I have recently become irritable and anxious. I am currently undergoing further medical tests to determine if there is a different cause to the recent escalation of my pain, and the cause of my irritability and anxiety. On or about December 20, 2016, I was informed by my treating specialist that a scan identified a lesion on my body. According to my specialist, this could be a source of some of my pain. On or about December 22, 2016, my doctor prescribed new medication for me that I must take daily to help manage my symptoms. According to my doctor, it will take at least 6 weeks for the medication to take effect. I started taking the medication on or about December 23, 2016. The medication makes me constantly sleepy, fatigued and drowsy. I also have difficulty focusing on even simple tasks or collecting my thoughts. My next doctor's appointment is on February 8, 2017.

5. I have not worked for CPS since August 24, 2016, because I have not been given any tasks. If I were still required to report to work today, I would likely apply for a 90-day paid short-term disability, a benefit that is available to me as part of my benefits

1

with my employer, the Chicago Public Schools so that I can manage my medical issues. I believe that I am currently eligible for a 90-day short term disability.

6. I currently have medical insurance through my employer, Chicago Public Schools, that pays for my medical care. Without the insurance coverage, I will not be able to afford my medical care.

7. I am very anxious and worried about my medical condition because both of my parents died of various types of cancer.

8. Even though I have been trying, I do not believe that I will be able to find another job as a principal because of the stigma that I now have as a whistleblower, the gap in my resume and the warning resolution that the Board of Education of Chicago published against me on or about June 24, 2016. I believe that the warning resolution turns away potential employers because it exists on the internet even though there was no basis for it.

9. On January 5, 2017, I hired attorney Michael Cohen to help me defend the claims against me by the Chicago Public Schools. I have not had an opportunity to meet with him because my medication makes it difficult for me to drive. Because of the pain I have been in since about late November 2016, I have not had a chance to look in great detail the documents that Chicago Public Schools provided around mid December related to a 8.3(d) hearing.

10. I intend to defend the claims once I feel better enough to understand them.

I declare under penalty of perjury pursuant to 28 U.S.C § 1746 that the foregoing is true and correct, and would testify in court as stated above.

_____

Shaheena Khan

Dated January 5, 2017