UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Shaheena Khan, et al.
                                      Plaintiff,

v.                                                                                               Case No.:
                                                                                              1:16–cv–08668
                                                                                              Honorable Manish
                                                                                              S. Shah

Board Of Education Of The City Of Chicago, et al.
                                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 9, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Defendants' Motion to Strike the Amended Complaint [138] is denied as is the request for fees and costs. The Clerk is directed to modify docket entry no. 132 to reflect that filing as the Fourth Amended Complaint. As stated on the record, the court imposes a sanction on Plaintiffs' Counsel, Eric C. Onyango, of $200 for filing the amended complaint without leave of court and for the false implication within the Response to Defendants' Motion to Strike [140]. Plaintiffs' counsel shall submit a check for $200 payable to the Clerk of Court by 4:30 p.m. on 2/10/17. Counsel shall file unredacted versions of Ms. Khan's affidavits on or before 2/13/17. With respect to the under seal documents, docket entries 80, 81, and 82, Plaintiffs' counsel shall submit an ex parte, in camera filing on or before 2/16/17. All Defendants are directed to answer the Fourth Amended Complaint on to before 3/9/17. Plaintiffs shall respond to Defendants' Motion for Sanctions [148] on or before 3/15/17 and shall do so in ten pages or less. Plaintiffs' Motion for Leave to File a Brief in Excess of 15 Pages [152] is granted. Plaintiffs' Motion for a Temporary Restraining Order, Limited Discovery and Preliminary Injunction [141] and Amended Emergency Motion [145] are denied for the reasons stated on the record. A status hearing is set for 3/22/17 at 9:30 a.m. Status hearing previously set for 2/24/17 is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.