# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAHEENA KHAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE OF ILLINOIS, BOARD OF ) <br> EDUCATION OF THE CITY OF CHICAGO, ) <br> SCHOLASTIC, INC., LOCAL SCHOOL ) <br> COUNCIL FOR ALDRIDGE ELEMENTARY ) <br> SCHOOL, LOCAL SCHOOL COUNCIL FOR ) <br> JESSE OWENS ELEMENTARY ) <br> COMMUNITY ACADEMY, SEDGWICK ) <br> CLAIMS MANAGEMENT SERVICES, INC., ) <br> GERALD BEIMLER, KAREN SAFFOLD, ) <br> FORREST CLAYPOOL, JANICE JACKSON, ) <br> ELIZABETH KIRBY, THOMAS KRIEGER, ) <br> FELICIA SANDERS, BRIAN ALI, RONALD ) <br> MARMER, JAMES CIESIL and RYAN ) <br> CROSBY, ) <br> ) <br> Defendants. ) | Case No. 16-cv-8668 <br><br> Honorable Judge Manish S. Shah <br> Magistrate Judge: Hon. Jeffrey T. Gilbert |

## NOTICE OF MOTION

TO:  *See attached Certificate of Service*

**PLEASE TAKE NOTICE** that on **Wednesday, March 15, 2017 at 9:45 a.m**., or as soon thereafter as undersigned counsel may be heard, we shall appear before the Honorable Judge Manish S. Shah, or any judge sitting his his stead, in the courtroom usually occupied by him, Room 1719 of the Dirksen Federal Building, 219 South Dearborn Streeth, Chicago, Illinois, and there and then present the **Agreed Motion of Sedgwick Claims Management Services, Inc. for Extension of Time to Answer or Otherwise Respond**, a copy of which is being served upon you by ECF notification.

{34270: 008: 02070292.DOC : }

2

Dated:  March 7, 2017　　　　　　　　**SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.**

　　　　　　　　　　　　　　　　　　By: /s/ Steven R. Rogovin
　　　　　　　　　　　　　　　　　　　　　One of Its attorneys

Timothy W. Brink (ARDC #06215802)
Steven R. Rogovin (ARDC #06301409)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
t: (312) 987-9900
f: (312) 987-9854
tbrink@mpslaw.com
srogovin@mpslaw.com

## CERTIFICATE OF SERVICE

      I, Steven R. Rogovin, an attorney, certify that on or about March 7, 2017, I caused copies of the **Notice of Motion** and **Agreed Motion of Sedgwick Claims Management Services, Inc. for Extension of Time to Answer or Otherwise Respond**, to be served (i) via electronic notice on the parties noted in the Court's CM/ECF system and (ii) via U.S. Mail, postage prepaid on individuals on the Service List below.

                                            /s/ *Steven R. Rogovin*

Served via CM/ECF electronic notice:

Eric Carlos Onyango
PRIME LEGAL, LLC
222 North Columbus Drive, Suite 1507
Chicago, Illinois 60601
e@primelgl.com

*Attorney for Plaintiffs*

Kathleen Marie Gibbons
Sarah K. Quinn
Board of Education of the City of Chicago
One North Dearborn Street, Suite 900
Chicago, Illinois 60602
kgibbons@cps.edu
skquinn1@cps.edu

*Attorneys for Board of Education of the City of Chicago, Karen Saffold, Brian Ali, Elizabeth Kirby, Felicia Sanders, Forrest Claypool, Gerald Beimler, James Ciesil, Janice Jackson, Ronald Marmer and Thomas Krieger*

James G. Vanzant
BLAINE & VANZANT, LLP
921 Brown Avenue
Evanston, Illinois 60202
jgv@blainevanzant.com

*Attorney for Chicago Principals & Administrators Association*

Norma Manjarrez
Taylor Nicole Rollinson
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
norma.manjarrez@ogletreedeakins.com
taylor.rollinson@ogletreedeakins.com

*Attorneys for Scholastic, Inc.*