IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAHEENA KHAN *et. al.* ) | |
|     *Plaintiffs*, ) | |
| ) | No. 16-cv-8668 |
| v. ) | The Honorable Judge Manish S. Shah |
| BOARD OF EDUCATION OF THE ) | Magistrate Judge Hon. Jeffrey T. Gilbert |
| CITY OF CHICAGO, *et. al.* ) | |
|     *Defendants*. ) | |

**<u>NON-PARTY ERIC ONYANGO'S MOTION FOR LEAVE TO FILE DOCUMENTS</u>**

Non-party attorney Eric Onyango, *Pro Se*, pursuant to Local Rule 5.6, hereby respectfully requests this Honorable Court to enter an Order granting him leave to file his appearance [162], this motion and a response [163] to document [148]. In support of his motion, counsel states as follows:

1. On February 8, 2017, Board Defendants filed a motion for costs and fees directed at the undersigned, a non-party. On February 9, 2017, the Court ordered Plaintiffs to respond to the motion by March 15, 2017. [155]. The motion is not directed at and does not seek any relief from any of the Plaintiffs.

2. The undersigned is not a party to this litigation, or any other litigation against Board Defendants. [163-6, ¶9]. LR5.6 provides in relevant part that "No pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court." (LR 5.6, effective September 1, 1999 with amendments through 12/23/2016).

3. It is necessary for the undersigned to respond to Board Defendants' motion because he is among the attorneys referenced in the motion. To comply with the Court's February 9, 2017 order and Local Rule 5.6, the undersigned seeks leave of court to file his appearance [162], this motion, and a response [163] to Board Defendants' motion [148].

1

4. For the above reasons, non-party attorney Eric Onyango, respectfully requests that this Honorable Court enter an Order, granting him leave to file his appearance, this motion and response to Board Defendants' motion [148].

Respectfully submitted on this March 6, 2017

By:/s/ Eric Onyango

Eric Onyango, Pro Se
Primetime Legal, LLC
222 North Columbus Drive, #1507
Chicago, IL 60601

**CERTIFICATE OF SERVICE**

I, Eric Onyango, an attorney, certify that I caused a copy of the foregoing motion and document No. 163 to be served upon all counsel of record using the Court's ECF system on March 6, 2017.

/s/ Eric Onyango