**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHAHEENA KHAN, ET AL., | ) |
| | ) |
| Plaintiffs, | ) Case No. 16-cv-08668 |
| | ) |
| v. | ) Judge Manish S. Shah |
| | ) |
| SCHOLASTIC, INC., ET AL., | ) Magistrate Judge Jeffrey T. Gilbert |
| | ) |
| Defendants. | ) |

**SCHOLASTIC, INC.'S PARTIAL MOTION TO DISMISS COUNTS XXI, XXII AND XXVIII OF PLAINTIFF, SHAHEENA KHAN'S FOURTH AMENDED COMPLAINT**

Defendant Scholastic, Inc. ("Scholastic") moves to dismiss Counts XXI, XXII and XXVIII of Plaintiff, Shaheena Khan's Fourth Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). In support, Defendant states as follows:

1. Count XXI of Plaintiff's Complaint purports to assert a claim for tortious interference with contract against Scholastic. (ECF No. 142). Count XXI should be dismissed under F.R.C.P. 12(b)(6) because Plaintiff fails to adequately allege that Scholastic: (i) had actual knowledge of her 2013 contract; (ii) intentionally or unjustifiably induced a breach of her 2013 contract; or, (iii) actually caused a breach of her 2013 contract.

2. Count XXII purports to assert a claim for a violation of § 1 of the Sherman Act against Scholastic. (*Id*). Count XXII fails under F.R.C.P. 12(b)(6) because Plaintiff has not sufficiently plead any element necessary to maintain a violation of § 1 of the Sherman Act, and lacks standing to bring the claim.

3. Count XXVIII purports to assert a claim for negligence against Scholastic. (*Id.*) Count XXVIII should be dismissed because Plaintiff has not alleged Scholastic owed her or her child a duty, and her causation allegations are implausible.

4.	For a further exposition of the bases for this Motion, Scholastic refers the Court to its Memorandum of Law in support of this motion filed contemporaneously herewith.

WHEREFORE, Scholastic respectfully requests that the Court grant this Motion and dismiss Counts XXI, XXII, and XXVIII against Scholastic with prejudice, and grant Defendant such other and further relief as the Court deems just and appropriate in the circumstances.

DATED:  MARCH 9, 2017.	Respectfully submitted,

Taylor N. Rollinson - #6293657
Norma Manjarrez - #6309602
OGLETREE, DEAKINS, NASH, SMOAK &
  STEWART, P.C.
155 North Wacker Drive - Suite 4300
Chicago, IL  60606
312.558.1220

By:  /s/  Taylor N. Rollinson
	One of the Attorneys for Defendant
	**SCHOLASTIC, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 9, 2017, the foregoing *Scholastic Motion To Dismiss Counts XXI, XXII, and XXVIII of Plaintiff's Fourth Amended Complaint* was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Taylor N. Rollinson

28921390.1